UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-00451 ADS                              Date: July 9, 2026

Title: *Jerome Roper v. Nissan North America, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|          Kristee Hopkins          |          None Reported          |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

This case is set for a Final Pretrial Conference on July 29, 2026. (Dkt. No. 16 at 17.) Pursuant to the Court's Case Management Order, parties must file Memoranda of Contention of Fact and Law no later than 21 calendar days before the Final Pretrial Conference. (Id. at 7.) As of the date of this order, no such documents have been filed by any party to this case.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Parties are ordered to file a joint status report on the status of this case by no later than **July 16, 2026.**

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

---

CV-90 (03/15)—JC                      Civil Minutes – General                      Page **1** of **1**